IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON,<br><br>  Plaintiff,<br><br>  v.<br><br>J. CARLTON,<br><br>  Defendant. | No. C 11-00932 SBA (PR)<br><br>**ORDER GRANTING *IN FORMA PAUPERIS* STATUS; AND DISMISSING ACTION WITHOUT PREJUDICE** |

On February 28, 2011, this action was opened when the Court received a civil rights complaint form from Plaintiff. He filled in the case caption and his address on the first page, and he signed and dated the last page. However, the other pages of the complaint were blank.

In a Notice dated February 28, 2011, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within thirty days or his action would be dismissed. The Clerk of the Court sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

Plaintiff has since filed his IFP application. His application for IFP status (docket no. 8) is GRANTED. The total filing fee due is $350.00. The initial partial filing fee due for Plaintiff at this time is $0.00. A copy of this Order and the attached instruction sheet will be sent to Plaintiff, the Prison Trust Account Office and the Court's Financial Office.

Plaintiff has not otherwise communicated with the Court. The thirty-day deadline has passed, and Plaintiff has not completed a complaint form necessary to pursue this action. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.

The Clerk of the Court shall terminate all pending motions and close the file.

This Order terminates Docket no. 8.

IT IS SO ORDERED.

DATED: 5/25/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.11\Harrison0932.Dis-NOcompl.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES D HARRISON,

        Plaintiff,

  v.

J CARLTON et al,

        Defendant.

Case Number: CV11-00932 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James D. Harrison K-64184
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: May 27, 2011

                          Richard W. Wieking, Clerk
                          By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.11\Harrison0932.Dis-NOcompl.frm

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

>The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

>Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
       Finance Office

G:\PRO-SE\SBA\CR.11\Harrison0932.Dis-NOcompl.frm